**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| Gunvor SA,<br><br>    Plaintiff,<br>v.<br><br>Kayablian, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 1:18-cv-00934-LMB-MSN<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO DISMISS
OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**

Pursuant to 9 U.S.C. § 4 of the Federal Arbitration Act and Federal Rules of Civil Procedure 9(b), 12(b)(1), 12(b)(6), 12(b)(7), and 19, Defendants Arman Kayablian, Lawrence Kayablian, and Amira Group Company, LLC (collectively "Defendants"), through their undersigned counsel, move the Court to dismiss the Complaint of Plaintiff Gunvor SA or, in the alternative, to compel arbitration. A supporting memorandum and the Declaration of Lawrence Kayablian accompany this motion.

  WHEREFORE Defendants move the Court to dismiss Plaintiff's Complaint in its entirety or, in the alternative, to compel arbitration.

Dated: September 14, 2018	Respectfully submitted,

By: /s/ John W. Lomas, Jr.
John W. Lomas, Jr. (VSB No. 73148)
William T. O'Brien (*pro hac vice*)
Daniel Morris (*pro hac vice*)
DENTONS US LLP
1900 K Street N.W.
Washington, D.C. 20006
Tel. (202) 408-6387
Fax: (202) 496-7756
Email: john.lomas@dentons.com
　　　　william.obrien@dentons.com
　　　　daniel.morris@dentons.com

*Counsel for Defendants Arman Kayablian, Lawrence Kayablian, and Amira Group Company, LLC*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 14th day of September, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following counsel of record for Plaintiff Gunvor SA:

    Kierstan Lee Carlson
    Blank Rome LLP (DC)
    1825 Eye Street NW
    Washington, DC 20006
    Email: carlson@blankrome.com

       /s/ John W. Lomas, Jr.
       John W. Lomas, Jr. (VSB No. 73148)
       DENTONS US LLP
       1900 K Street N.W.
       Washington, D.C. 20006
       Tel. (202) 408-6387
       Fax: (202) 496-7756
       Email: john.lomas@dentons.com

       *Counsel for Defendants Arman Kayablian,*
       *Lawrence Kayablian, and Amira Group Company,*
       *LLC*