IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GUNVOR SA, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   1:18-cv-00934 (LMB/MSN) |
| ARMAN KAYABLIAN, LAWRENCE KAYABLIAN, AND AMIRA GROUP COMPANY, LLC. | ) ) ) ) |
|     Defendants. | |

## ORDER

For the reasons stated in open court, defendants' Motion to Dismiss [Dkt. No. 20] is GRANTED and, in accordance with this ruling, defendants' Motion to Compel Arbitration [Dkt. No. 21] is DENIED AS MOOT. Accordingly, it is hereby

ORDERED that plaintiff's Complaint [Dkt. No. 1] be and is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

Entered this 19 day of October, 2018.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge